1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Attorney At Law
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
   Attorney for plaintiff Leslie Porter
5

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9
   **LESLIE PORTER**,                )   Case No. C09-2574 PJH
10                                   )
       Plaintiff,                    )
11                                   )   **STIPULATION TO CONTINUE**
   vs.                               )   **INITIAL CASE MANAGEMENT**
12                                   )   **CONFERENCE**
   **PERMANENTE MEDICAL**            )
13 **GROUP d/b/a KAISER**             )
   **PERMANENTE**,                   )
14                                   )
       Defendant.                    )
15                                   )
                                     )
16 _____

17        On October 6, 2009, this case was reassigned, and an initial case management

18 conference was set for November 19, 2009, at 2:30 pm.  Because of an existing schedule

19 conflict for plaintiff's counsel, counsel for the parties have conferred and agreed to

20 request a brief continuance of approximately 30 days.  Counsel therefore request that the

21 initial case management conference be continued to December 17, at ~~2:30~~ 2:00 pm.  A joint case
   management conference statement shall be filed by December 10, 2009.
22                                           Respectfully submitted,

23 Dated: October 30, 2009              LAW OFFICES OF JEREMY L. FRIEDMAN

24                                      /s/Jeremy L. Friedman
                                        Jeremy L. Friedman
25                                      Attorney for plaintiff Leslie Porter

26 Dated: October 30, 2009              HANSON BRIDGETT, LLP

27                                      By: /s/Lisa M. Pooley
                                        Lisa M. Poolie
28      11/4/09                         Attorney for defendant The Permanente
                                        Medical Group

[SEAL: UNITED STATES DISTRICT COURT / IT IS SO ORDERED / Judge Phyllis J. Hamilton / NORTHERN DISTRICT OF CALIFORNIA]