HANSON BRIDGETT LLP
PATRICK M. GLENN - 141604
pglenn@hansonbridgett.com
LISA M. POOLEY - 168737
lpooley@hansonbridgett.com
SAMANTHA D. WOLFF - 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LESLIE PORTER,<br><br>              Plaintiff,<br><br>     v.<br><br>THE PERMANENTE MEDICAL GROUP d/b/a KAISER PERMANENTE,<br><br>              Defendant. | Case No. C09-02574 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Leslie Porter and Defendant The Permanente Medical Group, through their designated counsel, pursuant to a Confidential Settlement Agreement, the parties under Rule 41(a) of the Federal Rules of Civil Procedure request that the above-captioned action be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: June 21, 2010

By: /S/Jeremy L. Friedman
JEREMY L. FRIEDMAN
Attorney for Plaintiff
LESLIE PORTER

DATED: June 28, 2010

HANSON BRIDGETT LLP

By: Lisa M. Pooley
LISA M. POOLEY
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

7/26/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

<u>Leslie Porter v. Permanente Medical Group d/b/a Kaiser Permanente</u>

## Case No C-09-02574

I declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Leslie Porter v. Permanente Medical Group d/b/a Kaiser Permanente*; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On July 8, 2010, I served a true and accurate copy of the document(s) entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Jeremy L. Friedman, Esq.
2801 Sylhowe Road
Oakland, CA 94602
Phone: (510) 530-9060
Fax: (510) 530-9087

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on July 8, 2010 at San Francisco, California.

*Tanya R. Williams*
Tanya R. Williams